IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL BROWN and<br>CHARLES BROWN<br><br>              Plaintiffs,<br><br>       v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>              Defendants. | :<br>:<br>:   CIVIL ACTION NO. 02-CV-3253<br>:<br>:<br>:<br>:<br>:   ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____     _____
Hope S. Freiwald                 Aline Fairweather


_____     _____
Erin Brennan                     Kirstin J. Miller


                                  DECHERT PRICE & RHOADS
                                  4000 Bell Atlantic Tower
                                  1717 Arch Street
                                  Philadelphia, PA  19103-2793
                                  (215) 994-4000